UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.: <u>CV 07-3778 AHS (FMOx)</u>                Date: <u>April 20, 2009</u>

Title:    <u>Daniel L. Cohen v. SCME Mortgage Bankers, Inc.</u>
==================================================================
PRESENT:  **HON. <u>ALICEMARIE H. STOTLER</u>, U.S. DISTRICT JUDGE**

          <u>Ellen Matheson</u>              <u>Not Present</u>
          Deputy Clerk                  Court Reporter

**ATTORNEYS PRESENT:**  None

**PROCEEDINGS:**   (IN CHAMBERS) ORDER TO DEFENDANT TO SHOW CAUSE WHY
                   FINANCIAL SANCTIONS AND/OR ENTRY OF DEFAULT SHOULD
                   NOT BE IMPOSED, RETURNABLE NO LATER THAN MAY 4,
                   2009

     On April 2, 2009, the Court issued scheduling orders and instructed counsel to select and sign a Notice of Settlement Procedure no later than fourteen (14) days from the date of that order, pursuant to Local Rule 16-15.2.  On April 16, 2009, plaintiff's counsel filed a Notice of Attempt to Obtain Joint Selection of Settlement Procedure with Defendant, which explained that plaintiff's counsel tried to contact defendant regarding the settlement procedure selection and has received no response.

     Defendant SCME Mortgage Bankers, Inc., is ordered to show cause in writing, no later than May 4, 2009, why sanctions pursuant to Local Rule 83-7 payable to the U.S. District Court Clerk should not be assessed and/or why the Defendant's answer should not be stricken and default judgment in favor of the Plaintiff should not be entered for Defendant's failure to comply with the Court's April 2, 2009 Order and for failure to cooperate with counsel to select a settlement procedure.

     The Clerk shall serve this minute order on all parties in this action.

**MINUTES FORM 11**                          **INITIALS OF DEPUTY CLERK <u>enm</u>**
**CIVIL - GEN     DAM          D - M**
O:\ECF Ready\CV 07-3778.Cohen v. SCME Mortgage.No settlement.wpd